IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALPHONSO JAMES, SR.,

        Petitioner,

v.

JULIE L. JONES, Secretary, Florida
Department of Corrections,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2333

Opinion filed June 8, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Alphonso James, Sr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.